NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

JACQUELINE H. MCNAIR,
*Petitioner,*

v.

MERIT SYSTEMS PROTECTION BOARD,
*Respondent,*

AND

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
*Intervenor.*

---

2011-3142

---

Petition for review of the Merit Systems Protection Board in case no. AT0752100275-I-1

---

ON MOTION

---

# ORDER

The Equal Employment Opportunity Commission (EEOC) moves to reform the caption to name the Merit Systems Protection Board as the respondent. EEOC also

moves for leave to intervene. Jacqueline H. McNair opposes.

McNair filed an appeal challenging her asserted removal from the Senior Executive Service (SES). The Board dismissed the appeal for lack of jurisdiction, concluding that Ms. McNair was removed during her one-year probationary period, and an agency's removal of an appointee from the SES during a probationary period "is not appealable" to the Board.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. In this case, the Board dismissed the appeal for lack of jurisdiction. Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

The motions to reform the official caption and to intervene are granted. The revised official caption is reflected above.

FOR THE COURT

AUG 1 2 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

cc: William Franklyn Joseph, Esq.
Michael S. Macko, Esq.
Calvin Morrow, Esq.

AUG 1 2 2011

JAN HORBALY
CLERK